UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 12-00686 WDK (PLAx) | Date | February 26, 2014 |
| Title | J & J Sports Productions, Inc. v. Armando Alvarez, et al. | | |

| Present: The Honorable | William D. Keller, United States District Court Judge |
|---|---|

| Patricia Gomez | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:** (In Chambers): Defendants' Motion for Terminating Sanctions (#28)

  Before the Court is defendants' Reply to Plaintiff's Response to the Court's Order to Show Cause, filed on September 20, 2013. On September 4, 2013, the Court ordered the plaintiff to show cause why the action should not be dismissed for lack of prosecution. On September 13, 2013, plaintiff filed its Response. The Court interprets the defendants' Reply as a Motion for Terminating Sanctions. Defendants base their motion primarily upon the plaintiff's failure to timely appear at a settlement conference on June 13, 2013. According to the amended mediation report, while defendant Armando Alvarez was present at the scheduled mediation, plaintiff's representative appeared forty-five minutes late, after the session had been concluded by the mediator. (Doc. No. 23.) The Court has considered the papers filed in support of the motion, and deems this matter appropriate for resolution without oral argument. *See* L.R. 7-15.

  The Court DENIES defendants' Motion for Terminating Sanctions without prejudice.

  IT IS SO ORDERED.

                              _____ : _____

                             Initials of Preparer pg

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 12-00686 WDK (PLAx) | Date | February 26, 2014 |
|---|---|---|---|
| Title | J & J Sports Productions, Inc. v. Armando Alvarez, et al. | | |